UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL COTA, | Case No. 3:21-cv-00432-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| KELLY ATKINSON, | |
| Defendant. | |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 13.) This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff Michael Cota's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 7th Day of January 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE